PER CURIAM.[1]
11 Granted. This case is remanded to the district court for further proceedings. In accord with the criteria and procedures set forth in La.S.Ct. Rule 17, § 13, the district court is directed to enroll Edward Q. Cas-siday, of the firm of Fredrikson & Byron, Minneapolis, Minnesota, as co-counsel of record pro hac vice associated with the Capital Post-Conviction Project of Louisiana to represent relator, Michael Weary, in post-conviction proceedings. The district court is further directed to provide counsel with 180 days from the date of enrollment in which to file a supplemental application for post-conviction relief on relator’s behalf.
KNOLL, J., dissents in part and concurs in part, and assigns reasons.
VICTORY, J., dissents in part and concurs in part for reasons assigned by Justice KNOLL.
WEIMER, J., dissents in part & concurs in part, and assigns reasons.

. Retired Judge Philip Ciaccio, assigned as Justice ad hoc, sitting for Justice Chet D. Traylor, now retired.